DOE ET AL., APPELLANTS, *v.* MASSILLON CITY
SCHOOL DISTRICT ET AL., APPELLEES.

[Cite as *Doe v. Massillon City School Dist.,*
118 Ohio St.3d 1210, 2008-Ohio-2233.]

(No. 2007–1311—Submitted April 23, 2008—Decided May 15, 2008.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals for the reasons stated in his concurrence in *Garrett v. Sandusky* (1994), 68 Ohio St.3d 139, 624 N.E.2d 704.

Nicodemo & Wilson, L.L.C., and Brian R. Wilson; and Donald M. Benson, for appellants.

Means, Bichimer, Burkholder & Baker Co., L.P.A., Nicole M. Donovsky, and Richard W. Ross, for appellees.

Allen Schulman & Associates, Co., L.P.A., and Stacie L. Roth; and Equal Justice Foundation and Judith L. Goldstein, urging reversal for amici curiae Children's Defense Fund, Equal Justice Foundation, and Ohio Association for Justice.

Ennis, Roberts & Fischer Co., L.P.A., C. Bronston McCord III, Pamela A. Leist, and Jeremy J. Neff, urging affirmance for amicus curiae, Ohio School Boards Association.